**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Linda Levin and William Levin,

Plaintiffs,

vs.

American Home Products Corp., a Delaware Corporation; Wyeth-Ayerst Laboratories, A Division of American Home Products, and Wyeth-Ayerst Pharmaceuticals, Inc.,

Defendants.

**Civil No. 001423** (DSD/JMM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The parties, through their undersigned legal counsel, hereby stipulate and agree that this action may be dismissed with prejudice and on the merits, without costs to either party.

Dated: 3/30/01, 2001

RANDALL & SCHUMACHER, PA

[signature]

Stephen J. Randall
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-0351

Attorney for Plaintiffs Linda & William Levin

4-6-01

JUDGMENT ENTD 4-6-01

Dated: March 22, 2001

FAEGRE & BENSON LLP

Bridget Ahmann

Jack M. Fribley, #31999
Bridget M. Ahmann, #1611x
Amy R. Freestone, #285493
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendants American Home Products Corporation , Wyeth-Ayerst Laboratories, a division of American Home Products Corporation and Wyeth-Ayerst Pharmaceuticals, Inc.

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED that this case may be and hereby is dismissed with prejudice on the merits, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

4/5/01

Judge of District Court

M2:20376592.01